ACCEPTED
2015-03174
FIRST COURT OF APPEALS
HOUSTON, TEXAS
4/3/2015 12:00:45 PM
CHRISTOPHER PRINE
CLERK

CAUSE NO. 2015-03174

| | | |
|---|---|---|
| UTICA EAST OHIO MIDSTREAM, LLC., | § | IN THE DISTRICT COURT |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| vs. | § | OF HARRIS COUNTY, TEXAS |
| | § | |
| SUMMIT INDUSTRIAL CONSTRUCTION, LLC, | § | |
| | § | |
| *Defendant.* | § | 190th JUDICIAL DISTRICT |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
4/3/2015 12:00:45 PM
CHRISTOPHER A. PRINE
Clerk

## DEFENDANT SUMMIT INDUSTRIAL CONSTRUCTION LLC'S
## NOTICE OF ACCELERATED APPEAL

Pursuant to Rules 25 and 26 of the Texas Rules of Appellate Procedure, Summit Industrial Construction LLC gives notice of its desire to appeal the *Order Granting Utica East Ohio Midstream LLC's Request for Temporary Injunction*, signed on March 17, 2015. The appeal of this interlocutory order is authorized by Section 51.014(a)(4) of the Texas Civil Practice and Remedies Code and this appeal is accelerated. This appeal is taken to either the First Court of Appeals or the Fourteenth Court of Appeals. The Local Rule Notice of and Assignment of Related Case in Appeals certification is attached as Attachment 1.

Respectfully submitted,

FORD NASSEN & BALDWIN P.C.
111 Congress Ave., Suite 1010
Austin, Texas 78701
512.236.0009 (telephone)
512.236.0682 (facsimile)
rcfisk@fordnassen.com

By: /s/ R. Carson Fisk
    R. Carson Fisk
    Texas State Bar No. 24043659

Attorneys for Defendant Summit Industrial Construction LLC

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of this document has been sent to the following persons via first class mail and/or electronic service on March 30, 2015:

<u>Counsel for Utica East Ohio Midstream L.L.C.</u>
Scott D. Marrs, Andrew B. McGill, and Scott R. Davis
Beirne Maynard and Parsons L.L.P.
1300 Post Oak Blvd., Suite 2500
Houston, Texas 77056


By: /s/ R. Carson Fisk
R. Carson Fisk

## Local Rule Notice of and Assignment of Related Case in Appeals

As required by the Local Rules Relating to Assignment of Related Cases to and Transfers of Related Cases between the First and Fourteenth Courts of Appeals, I certify that the following related appeal or original proceeding has been previously filed in either the First or Fourteenth Court of Appeals:

■        None

☐        Caption:        N/A

       Trial court
       case number:        N/A

       Appellate court
       case number:        N/A


       /s/ R. Carson Fisk
       [Signature of certifying attorney or pro se party]


       March 30, 2015
       [Date]


Note: See Local Rules for the definitions of "underlying case," "related," and "previously filed."

---

Attachment 1